United States District Court
Southern District of Texas

**ENTERED**

May 12, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIOMARA ELIZABETH BUSTILLO MARQUEZ, | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. 4:25-cv-06296 |
| v. | § § § | |
| WARDEN RANDY TATE, *et al.*, | § § | |
| Respondents. | § § | |

## ORDER

On January 5, 2026, the Court entered a Temporary Restraining Order ordering, among other things, the petitioner's immediate release from custody.  (Dkt. No. 5).

**Within seven (7) days of the date of this Order, counsel for the petitioner is ORDERED to file a status report with the court detailing what further relief, if any, the petitioner seeks from the Court or whether this matter can be dismissed without prejudice as moot**.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on May 12, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge